| | |
|---|---|
| 1 | CHARLES GOODWIN,ESQ,. |
|   | Nevada Bar Number 14879 |
| 2 | LAS VEGAS DEFENSE GROUP |
|   | 6655 W. Sahara Ave, Suite C216 |
| 3 | Las Vegas, Nevada 89146 |
|   | Tel: (702) 472-9594 |
| 4 | charles@702defense.com |
|   | *Attorneys for the defedant* |

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| UNITED STATES OF AMERICA, | Case No. 2:25-mj-00530-BNW |
|---|---|
| Plaintiff, | **Stipulation and Proposed Order to Continue Trial Dates (first request)** |
| vs. | |
| DANIEL RICHARD NASON, | |
| Defendant. | |

IT IS HEREBY STIPULATED AND AGREED, by and between, the United States of America, through Todd Blanche, Deputy Attorney General of the United States and Skyler Pearson, Assistant United States Attorney, and Charles R. Goodwin, Esq., counsel for defendant DANIEL RICHARD NASON, that the Trial currently scheduled for December 17, 2025 at 9:00 a.m.be vacated and set to a date and time conveinient to the Court, but no sooner than 60 days.

This Stipulation is entered into for the following reasons:

1. The defense respectfully requests a continuance of the trial, as the defense has recently received a plea offer that requires review and discussion with the defendant.

2. The parties agree to the continuance.

3. The additional time requested herein is not sought for purposes of delay, but merely to allow defense counsel sufficient time to advise the client of his rights and whether he wishes to accept the negotiation.

4. Denial of this request for continuance would deny the parties herein time and the opportunity to resolve this case without wasting court resources, taking into account the exercise of due diligence.

1

5. Additionally, denial of this request for continuance could result in a miscarriage of justice. The additional time is excludable in computing the time within which the trial must commence under the Speedy Trial Act, 18 U.S.C. § 3161(h)(7)(A) based on the factors outlined in § 3161(h)(7)(B)(i), (iv).

6. This is the first stipulation to continue the trial dates.

DATED this 16th day of December 2025.

TODD BLANCHE
DEPUTY ATTORNEY GENERAL

/s/ Skylar Pearson

Skylar Pearson
Assistant United States Attorney

/s/ Charles Goodwin

CHARLES GOODWIN, ESQ.
Counsel for Defendant Nason

2

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

UNITED STATES OF AMERICA,

Plaintiff,

vs.

DANIEL RICAHRD NASON,

Defendant.

Case No. 2:25-mj-00530-BNW

**[PROPOSED] ORDER**

**FINDINGS OF FACT**

Based on the parties' stipulation to continue the trial dates, and good cause appearing therefore, the Court finds that:

 1. The defense respectfully requests a continuance of the trial, as the defense has recently received a plea offer that requires review and discussion with the defendant.

 2. The defendant is not currently incarcerated, and does not object to the continuance.

 3. The parties agree to the continuance.

 4. The additional time requested herein is not sought for purposes of delay, but merely to allow defense counsel sufficient time to review the plea agreement and the rights being sacrificed.

 5. Denial for this request for continuance would waste judicial resources on a trial when it may not be necessary.

 6. Additionally, denial of this request for continuance could result in a miscarriage of justice. The additional time is excludable in computing the time within which the trial must commence under the Speedy Trial Act, 18 U.S.C. § 3161(h)(7)(A) based on the factors outlined in § 3161(h)(7)(B)(i), (iv).

 7. This is the frist stipulation to continue the trial dates

3

**CONCLUSIONS OF LAW**

1. The ends of justice served by granting said continuance outweigh the best interest of the public and the defendant in a speedy trial because the failure to grant it would likely result in a miscarriage of justice. This continuance is excludable under the Speedy Trial Act, Title 18 U.S.C. § 3161(h)(7)(A) based on the factors outlined in § 3161(h)(7)(B)(i), (iv).

**ORDER**

**IT IS THEREFORE ORDERED** that the trial currently scheduled for December 17, 2025 at 9:00 a.m. is vacated and continued to  February 25, 2026  at 9:00 am.

DATED this  16th  day of December, 2025.

_____
HON. BRENDA N. WEKSLER
U.S. MAGISTRATE JUDGE