**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>DANIEL RICHARD NASON,<br><br>Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | CASE NO.: 2:25-mj-00530-BNW-1<br><br>**ORDER TO CLOSE THE CASE** |

Based on the pending stipulation of counsel, and good cause appearing therefore, the Court finds that:

1. Defendant DANIEL RICHARD NASON has successfully completed the conditions of his sentencing.

**ORDER**

IT IS HEREBY ORDERED that the defendant is allowed to withdraw his guilty plea to count one and that the count one be amended to reckless driving.

IT IS HEREBY ORDERED that the parties move the Court in the above-captioned matter case be closed, as all requirements have been completed.

DATED this 21st day of October 2026.

UNITED STATES MAGISTRATE JUDGE